UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY CASHMAN AND | : | NO: 3:23-cv-00177 |
| PATRICIA CASHMAN | : | |
| | : | |
| V. | : | |
| | : | |
| KATHLEEN KING, ZONING | : | |
| ENFORCEMENT OFFICER FOR THE | : | |
| TOWN OF CLINTON, TOWN OF | : | |
| CLINTON, PLANNING AND ZONING | : | |
| COMMISSION OF THE TOWN OF | : | |
| CLINTON AND VERONICA LOPEZ | : | FEBRUARY 10, 2023 |

## NOTICE OF REMOVAL

To the United States District Court for the District of Connecticut:

The Notice of the undersigned defendants respectfully shows:

1.   The plaintiffs have commenced an action against the defendants in the Superior Court for the Judicial District of Middletown, by service of a Summons and Complaint on January 11, 2023. Pursuant to 28 U.S.C. § 1446(a), the undersigned defendants have attached said Summons and Complaint hereto.

2.   The above-described action is a civil action and is one which may be removed to the Court by the petitioner, the undersigned defendants therein, pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1443 in that the controversy involves a federal question and the deprivation of constitutionally protected civil rights.

3.   Specifically, the Complaint alleges that the defendants "intentionally and maliciously discriminated against the Plaintiffs in comparison to other identically situated property owners in violation of the Equal Protections Clause of the Fourteenth Amendment to the United Stated Constitution, as enforced through Sections 1983 and 1988 of Title 42 of the United Stated Code."

4.	The action is returnable in the Superior Court for the Judicial District of Middletown on February 28, 2023.

5.	The undersigned defendants deny all of the plaintiffs' allegations.

6.	Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. §§ 1331, 1343(a)(3) and supplemental jurisdiction pursuant to 28 U.S.C. § 1367. The action may be removed to this Court pursuant to 28 U.S.C. §§ 1441, 1443 and 1446.

WHEREFORE, the defendants, Kathleen King, Zoning Enforcement Officer for the Town of Clinton, Town of Clinton and Planning and Zoning Commission of the Town of Clinton, pray that the above pending action in the Connecticut Superior Court for the Judicial District of Middletown be removed therefrom to this Court.

        DEFENDANTS,
        KATHLEEN KING, ZONING
        ENFORCEMENT OFFICER FOR THE
        TOWN OF CLINTON, TOWN OF CLINTON
        and PLANNING AND ZONING
        COMMISSION OF THE TOWN OF
        CLINTON

        By  /s/ Thomas R. Gerarde
           Thomas R. Gerarde (ct05640)
           Howd & Ludorf, LLC
           100 Great Meadow Road, Suite 201
           Wethersfield, CT  06109
           Ph:  (860) 249-1361
           Fax:  (860) 249-7665
           E-mail: tgerarde@hl-law.com

## **CERTIFICATION**

      I hereby certify that on February 10, 2023, a copy of the foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by U.S. Mail to as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Pat Labbadia, III
Law Office of Pat Labbadia, III
63 West Main St,
Clinton, CT 06413
PLabbadia@aol.com

Robert Leitze
37 Boston Street
Guilford, CT  06437
rlietze@leitze.com

                                                                    /s/ Thomas R. Gerarde
                                                        Thomas R. Gerarde